UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR00178 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(a)(6) |
| JON MYCHAEL ENGLISH | ) | |
| SOLANGE PARRIS BEASLEY | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A. On or about June 4, 2024, the defendant,

JON MYCHAEL ENGLISH,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft by receiving – firearm, possession of a controlled substance – schedule I/II, methamphetamine or cocaine, possession of a controlled substance – schedule I/II, not methamphetamine or cocaine, and possession of drug paraphernalia to ingest, inhale, etc., in Faulkner County, Arkansas, Circuit Court in Case Number CR2019-1536;

2. Possession of controlled substance – schedule I/II, methamphetamine or cocaine and possession of drug paraphernalia to ingest, inhale, etc., in Faulkner County, Arkansas, Circuit Court in Case Number CR2020-331; and

3. Discharge of a firearm from car (second degree) and possession of a controlled substance – schedule I/II, methamphetamine or cocaine, in Saline

County, Arkansas, Circuit Court in Case Number 63CR21-1032.

B.	On or about June 4, 2024, in the Eastern District of Arkansas, the defendant,

JON MYCHAEL ENGLISH,

knowingly possessed, in and affecting commerce, one or more rounds of Blazer, 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about June 4, 2024, in the Eastern District of Arkansas, the defendant,

SOLANGE PARRIS BEASLEY,

in connection with the acquisition of a firearm, that is: a Glock, model 19 Gen 5, 9mm Luger pistol bearing serial number CCZW079, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer of firearms on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JON MYCHAEL ENGLISH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]

☐ NO TRUE BILL.   ☑ TRUE BILL.

**REDACTED SIGNATURE**

_____
FOREPERSON OF THE GRAND JURY


JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
By STACY R. WILLIAMS
Bar Number AR2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600
E-mail: Stacy.Williams@usdoj.gov